# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 7, 2014

### NO. 03-13-00541-CV

**Warren Transportation, LLC, Appellant**

**v.**

**Susan Combs, Comptroller of Public Accounts of the State of Texas, and
Greg Abbott, Attorney General of the State of Texas, Appellees**

### APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on June 28, 2013. Appellant has filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.